UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA OLIVE,<br><br>       Plaintiff,<br><br>   v.<br><br>POSHMARK, INC., et al.,<br><br>       Defendants. | Case No. 22-cv-07337-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 14 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: February 3, 2023

WILLIAM H. ORRICK
United States District Judge